

FILED
CLERK, U.S. DISTRICT COURT
APR -9 2018
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION  BY DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: CR09-00415-RGK |
| | ) | |
| Plaintiff, | ) | ORDER OF DETENTION PENDING |
| v. | ) | FURTHER REVOCATION |
| | ) | PROCEEDINGS |
| | ) | (FED.R. CRIM. P.32.1(a)(6); 18 |
| IVAN ALEJANDRO REYES SILVA, | ) | U.S.C. § 3143(a)(1)) |
| Defendant. | ) | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the __Central__ District of __California__ for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1 (a)(6) and 18 U.S.C. § 3143(a) (1), the Court finds that:

A. (X)   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

(x) information in the Pretrial Services Report and Recommendation

(x) information in the violation petition and report(s)

(x) the defendant's nonobjection to detention at this time

( ) other: _____

   and/or

1 | B. ( )  The defendant has not met his/her burden of establishing by clear and
2 |         convincing evidence that he/she is not likely to pose a danger to the safety
3 |         of any other person or the community if released under 18 U.S.C. §
4 |         3142(b) or (c). This finding is based on the following:
5 |         ( ) information in the Pretrial Services Report and Recommendation
6 |         ( ) information in the violation petition and report(s)
7 |         ( ) the defendant's nonobjection to detention at this time
8 |         ( ) other: _____

10 | IT THEREFORE IS ORDERED that the defendant be detained pending the further
11 | revocation proceedings.

13 | DATED: 04/09/2018

_____
KENLY KIYA KATO
UNITED STATES MAGISTRATE JUDGE